UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Imation Corp.,

Plaintiff,

v.

Onstream Inc.

and

Verbatim Corp.,

Defendants.

---

Civil No. 00-CV-1018 JRT/FLN

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate and agree that defendants Onstream Inc. and Verbatim Corp. shall have up to and including, September 25, 2000, to answer, plead, or otherwise respond to the complaint served by Imation Corp.

Dated: 8-25, 2000.

Wayne E. Willenberg (234473)
Michael E. Florey (214322)
John A. Dragseth (0274896)
FISH & RICHARDSON, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
Ph: (612) 335-5070
Fax: (612) 288-9696

Of Counsel:
Eric D. Levinson, Esq.
Imation Corp.
1 Imation Place
Oakdale, Minnesota 55128

Attorneys for Plaintiff Imation Corp.

FILED 8/30/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: 8/24, 2000.

Alan M. Anderson (149500)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants Onstream Inc. and Verbatim Corp.

IT IS SO ORDERED:

BY THE COURT:

Dated: 8/30, 2000.

The Honorable Franklin L. Noel
Chief Magistrate Judge

::ODMA\PCDOCS\LIB1\611959\1