THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IMATION CORP.,

Plaintiff,

v.

ONSTREAM, INC.

AND

VERBATIM CORP.

Defendants.

Civil Action
No. 00-CV-1018 JRT/FLN

**AGREED ORDER OF DISMISSAL**

Plaintiff, Imation Corp. ("Imation") and defendants, OnStream, Inc. ("OnStream") and Verbatim Corp. ("Verbatim") have reached agreement on the terms and conditions of a settlement of this action. It is, therefore, Ordered as follows:

1. The Court has jurisdiction over the subject matter of, and parties to, this action.

2. All claims that were brought or could have been brought by Imation, OnStream, and Verbatim in this action are hereby dismissed with prejudice.

3. This Court shall retain jurisdiction over this action for the purpose of enforcing the terms and conditions of the settlement agreement between Imation, OnStream, and Verbatim.

4. Each party shall pay its own costs and attorney fees.

ENTERED: 2-8-2001

Honorable Judge John R. Tunheim
United States District Court Judge

FILED FEB 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Gray Cary\GT\6220875.4
1150412-900800

STIPULATED AND AGREED TO:

2/2/01

Alan M. Anderson, Esq. 149500
Larkin, Hoffman, Daly & Lindgren
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431

Attorney for Defendant
OnStream, Inc.

Michael E. Florey, Esq.
Reg. No. 214322
FISH & RICHARDSON P.C., P.A.
60 S. Sixth Street, Ste. 3300
Minneapolis, MN 55402
(612) 335-5070

Attorney for Plaintiff
Imation Corp.

2/2/01

Alan M. Anderson, Esq. 149500
Larkin, Hoffman, Daly & Lindgren
7900 Xerxes Avenue South
Bloomington, MN 55431

Attorney for Defendant
Verbatim Corp.

60028023.doc